UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHELLE FIGUEROA,

                Plaintiff,                        **JUDGMENT**
                                                                  06-CV-6277 (RRM)(RML)

   - against -

THE CITY OF NEW YORK; DOMINICK
VALENTI, Lieutenant, Medical Division; and
CHARLES GARGUILO, Sergeant, Medical
Division; each being sued individually and in their
official capacities as employees of the Police
Department of the City of New York,

                Defendants.
------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge

      A Memorandum and Order of the undersigned having been issued this day granting defendants' motion for summary judgment, dismissing the complaint, and directing the Clerk of the Court to enter judgment accordingly; it is

      ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; that the complaint is dismissed with prejudice; and that this case is hereby closed.


Dated: Brooklyn, New York
       March 23, 2015

                                                    *Roslynn R. Mauskopf*
                                                  _____
                                                  ROSLYNN R. MAUSKOPF
                                                  United States District Judge